September 30, 2008

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-4396

RECEIVED
WILLIAM T. WALSH, CLERK
2008 OCT 29  P 5: 00
UNITED STATES
DISTRICT COURT

In Regard to the Matter of:

| | |
|---|---|
| Bayside State Prison Litigation | Opinion/Report of the Special Master |

JAMES CLARK,
         -vs-
WILLIAM H. FAUVER, et al,
         Defendants.

\*   \*   \*   \*

TUESDAY, SEPTEMBER 30, 2008

\*   \*   \*   \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.
Certified Court Reporting & Videoconferencing
251 South White Horse Pike
Audubon, New Jersey 08106
856-546-1100

September 30, 2008

Page 2

```
 1
 2
 3              Transcript of proceedings in the above
 4   matter taken by Theresa O. Mastroianni, Certified
 5   Court Reporter, license number 30X100085700, and
 6   Notary Public of the State of New Jersey at the
 7   United States District Court House, One Gerry Plaza,
 8   Camden, New Jersey, 08102, commencing at 10:30 AM.
 9
10   A P P E A R A N C E S:
11
            LOUGHRY & LINDSAY, ESQUIRES
12          BY:  LAWRENCE W. LINDSAY, ESQUIRE
            330 MARKET STREET
13          CAMDEN, NEW JERSEY 08102
            856-968-9201
14          ATTORNEYS FOR THE PLAINTIFFS
15
            RODNEY D. RAY, ESQUIRE
16          32 NORTH BLACK HORSE PIKE
            BLACKWOOD, NEW JERSEY  08012
17          856-232-3337
            856-232-4561
18          ATTORNEYS FOR THE PLAINTIFFS
19
            ROSELLI & GRIEGEL, PC
20          BY:  JAMES LAZZARO, ESQUIRE
                 - and -
21          BY:  KENNETH LOZIER, ESQUIRE
            1337 STATE HIGHWAY 33
22          HAMILTON SQUARE, NEW JERSEY  08690
            609-586-2257
23          ATTORNEYS FOR THE DEFENDANTS
24
25
```

1            JUDGE BISSELL:  Mr. Ray, any additional

2     evidence to be presented on behalf of Mr. Clark.

3            MR. RAY:  Judge, that's all I have.

4            JUDGE BISSELL:  Mr. Lozier?

5            MR. LOZIER:  Your Honor, at this time I

6     would make a motion pursuant to local Rule 52C.  I

7     would argue, your Honor, that based on the

8     plaintiff's own testimony, he admits that he was told

9     at least three times, once prior to going into the

10    bunks in the trailer and twice while in the trailer

11    to lie down on his bunk.  He did not do so.  And as a

12    result, the officer used very minimal, at best, at

13    worst, quite frankly, force which had a valid

14    penalogical purpose.  And I would, based on that, I

15    would ask the court to dismiss the complaint.

16           In the alternative, just based on the

17    plaintiff's own testimony, there is no  -- there was

18    no objective credible medical evidence of any

19    permanent injury and, in fact, he candidly said that

20    he couldn't tell us and he can't because he's not a

21    doctor that the problem that he still experiences

22    once in a while, as he phrased it, could be from his

23    activities.  There is no way to know.  And the burden

24    is on the plaintiff to establish that.

25           And so in the alternative, I would also

1   argue that it's a deminimis jury and at best, a one

2   dollar award.  Thank you.

3                JUDGE BISSELL:  All right.  Thank you.

4   Mr. Ray?

5                MR. RAY:  Thank you, judge.  I ask that

6   you consider some key points in my client's

7   testimony.

8                One, immediately prior to being struck

9   by the officer, he attempted to comply.  In fact, as

10  he was complying is when the officer struck him in

11  the back.  Also, I ask that you consider there was no

12  threats, no resistance at all in this case.

13               Plaintiff described intense pain for

14  two weeks immediately after being struck.  And, in

15  fact, there was an additional -- I'd say

16  approximately two weeks of residual pain.  So from a

17  deminimis standpoint, judge, I ask that you consider

18  the fact that there was intense pain involved here

19  and it did last for approximately a month.

20               With that, judge, I ask that you allow

21  the plaintiff's position to continue.

22               JUDGE BISSELL:  As we know, Rule 52(c)

23  of the Federal Rules of Civil Procedure states in

24  relevant part, and I quote:  "If during a trial

25  without a jury a party has been fully heard on an

1    issue and the court finds against the party on that

2    issue, the court may enter judgment as a matter of

3    law against that party with respect to a claim or

4    defense that cannot under the controlling law be

5    maintained or defeated without a favorable finding on

6    that issue, or the court may decline to render any

7    judgment until the close of all of the evidence.

8    Such a judgment shall be supported by findings of

9    fact and conclusions of law as required by

10   Subdivision (a) of this rule."

11              I'm going to grant the motion.

12   However, I'm invoking as well, as I have in my

13   plenary decisions, Local Civil Rule 52.1 which as we

14   know states that:  "When an oral opinion is given in

15   lieu of a written opinion and is transcribed, the

16   reporter shall submit it to the judge for revision

17   before it is filed."  My remarks here will be

18   reviewed to assure us that there has been the

19   presentation which Rule 52(c) of the Federal Rules of

20   Civil Procedure contemplates.

21              First, I make note of the fact that I

22   find Mr. James' testimony credible.  I observed his

23   demeanor on the television screen, he answered the

24   questions directly put to him, he did not seek to

25   embellish any events, he did not seek to assert

1   before me, for instance, prolonged, continuing,

2   residual, crippling injuries, if you will. He

3   described the single incident that serves as the

4   basis for his claim here, namely upon his return to

5   his unit.

6              To some extent he became a victim of

7   circumstances in that when directed, as he was indeed

8   three times, to lie down on his bunk, he was faced

9   with something that wasn't that easy to accomplish

10  given the fact that his property was on the bunk and

11  that his mattress was folded up over the top of that

12  property. He undertook a reasonable action in the

13  first instance sitting on his bed maintaining the

14  subservient position, if that's the way to put it, of

15  his head down and his hands behind his back.

16  However, he was further directed to lie on his bunk.

17             He could have, of course, moved his

18  property around on the bunk, even if he was worried

19  about being criticized for putting it on the floor

20  and still would be in a position to lie down, at

21  least for a short time. He chose not to do that.

22  Eventually when SOG officers were called because he

23  had not laid down on his stomach with his face in the

24  pillow on his bed as the other inmates in the wing

25  were being instructed and apparently had done, the

1   SOGs acted somewhat swiftly and, indeed, abruptly by
2   sweeping his property off the bunk onto the floor.
3           It's not clear to me that he remained
4   seated on the edge of his bunk and was still seated
5   there when this took place.  But it would appear that
6   that was so and thus rather than rolling over on his
7   bunk which he could have done, he stood up.  I find
8   that, particularly at this time, to wit, the first of
9   August, two days after the murder of Officer Baker,
10  the fact that he was standing up, even though in his
11  mind he was preparing to lie down, could well be
12  interpreted by an officer in charge (as one of the
13  SOGs units was here) as a further act of
14  insubordination or at least as generating an
15  uncertainty as to whether he was going to lie down on
16  his bunk at that time as instructed or not.
17          I determine that it was not
18  unreasonable by any means for the officer at that
19  point to conclude that it was necessary to employ
20  some form of corporal enforcement of the order to get
21  down on his bunk face first with his hands behind
22  him.  Mr. Clark was struck once in the back to
23  enforce that order.  It surprised Mr. Clark who
24  wasn't expecting it.  Of course, it had the intended
25  result, which he said he was planning to do anyway,

1   and I have no reason to disbelieve him.

2            So that I find that at most here there

3   may have been a misinterpretation by the officer of

4   Mr. Clark's action, but not an unreasonable

5   misinterpretation and not an unreasonable response

6   under the circumstances.  We're not dealing here with

7   excessive force, sadistically employed with a purpose

8   of inflicting pain and under the Eighth Amendment

9   visiting quasi punishment upon Mr. Clark.

10           Under all of the facts and

11  circumstances as recited here, I determine that

12  excessive force was not employed on Mr. Clark.  I

13  make these plenary findings pursuant to Rule 52(c)

14  because of the fact that Mr. Clark was fully heard on

15  the issue and rested.  But I want, as I said, to make

16  it clear that I'm not at all finding Mr. Clark's

17  testimony incredible or exaggerated.  It's just that

18  based on the manner in which he himself described

19  these events, he has not sustained his cause of

20  action for an Eighth Amendment violation here.  And

21  that will be my recommendation to the district court.

22  My recommendation is that the District Court "enter

23  judgment as a matter of law against" Mr. Clark on his

24  claims in this case and thereby dismiss this action.

25  Federal Rule of Civil Procedure 52(c).

1                C E R T I F I C A T E

2

3       I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  *Theresa O. Mastroianni* (signature)

    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey

    My Commission Expires May 5, 2010

21  Certificate No. XI0857

    Date: October 1, 2008

22

23

24

25

| A | best 3:12 4:1 | consider 4:6,11 | E | find 5:22 7:7 8:2 |
|---|---|---|---|---|
| abruptly 7:1 | BISSELL 1:16 | 4:17 | E 2:10,10 9:1,1 | finding 5:5 8:16 |
| accomplish 6:9 | 3:1,4 4:3,22 | contemplates | easy 6:9 | findings 5:8 8:13 |
| accurate 9:6 | BLACK 2:16 | 5:20 | edge 7:4 | finds 5:1 |
| act 7:13 | BLACKWOOD | continue 4:21 | Eighth 8:8,20 | first 5:21 6:13 |
| acted 7:1 | 2:16 | continuing 6:1 | embellish 5:25 | 7:8,21 |
| action 1:2 6:12 | bunk 3:11 6:8 | controlling 5:4 | employ 7:19 | floor 6:19 7:2 |
| 8:4,20,24 9:11 | 6:10,16,18 7:2 | corporal 7:20 | employed 8:7,12 | folded 6:11 |
| 9:14 | 7:4,7,16,21 | counsel 9:10,12 | employee 9:10 | force 3:13 8:7,12 |
| activities 3:23 | bunks 3:10 | course 6:17 7:24 | 9:12 | foregoing 9:5 |
| additional 3:1 | burden 3:23 | court 1:1,20 2:5 | enforce 7:23 | form 7:20 |
| 4:15 |  | 2:7 3:15 5:1,2 | enforcement | FORMAROLI |
| admits 3:8 | C | 5:6 8:21,22 | 7:20 | 1:20 |
| al 1:9 | C 2:10 9:1,1 | credible 3:18 | enter 5:2 8:22 | forth 9:8 |
| allow 4:20 | called 6:22 | 5:22 | ESQUIRE 2:12 | frankly 3:13 |
| alternative 3:16 | Camden 2:8,13 | crippling 6:2 | 2:15,20,21 | fully 4:25 8:14 |
| 3:25 | candidly 3:19 | criticized 6:19 | ESQUIRES | further 6:16 |
| Amendment 8:8 | case 4:12 8:24 | C.S.R 9:19 | 2:11 | 7:13 9:9 |
| 8:20 | cause 8:19 |  | establish 3:24 |  |
| answered 5:23 | Certificate 9:21 | D | et 1:9 | G |
| anyway 7:25 | Certified 1:20 | D 2:15 | events 5:25 8:19 | generating 7:14 |
| apparently 6:25 | 2:4 9:4 | date 9:8,21 | Eventually 6:22 | Gerry 2:7 |
| appear 7:5 | certify 9:5,9 | days 7:9 | evidence 3:2,18 | given 5:14 6:10 |
| approximately | charge 7:12 | dealing 8:6 | 5:7 | going 3:9 5:11 |
| 4:16,19 | chose 6:21 | decisions 5:13 | exaggerated | 7:15 |
| argue 3:7 4:1 | circumstances | decline 5:6 | 8:17 | grant 5:11 |
| assert 5:25 | 6:7 8:6,11 | defeated 5:5 | excessive 8:7,12 | GRIEGEL 2:19 |
| assure 5:18 | Civil 1:2 4:23 | Defendants 1:10 | expecting 7:24 |  |
| attempted 4:9 | 5:13,20 8:25 | 2:23 | experiences 3:21 | H |
| attorney 9:10,12 | claim 5:3 6:4 | defense 5:4 | Expires 9:20 | H 1:9 |
| ATTORNEYS | claims 8:24 | demeanor 5:23 | extent 6:6 | HAMILTON |
| 2:14,18,23 | Clark 1:7 3:2 | deminimis 4:1 |  | 2:22 |
| Audubon 1:21 | 7:22,23 8:9,12 | 4:17 | F | hands 6:15 7:21 |
| August 7:9 | 8:14,23 | described 4:13 | F 9:1 | head 6:15 |
| award 4:2 | Clark's 8:4,16 | 6:3 8:18 | face 6:23 7:21 | heard 4:25 8:14 |
|  | clear 7:3 8:16 | determine 7:17 | faced 6:8 | hereinbefore 9:8 |
| B | client's 4:6 | 8:11 | fact 3:19 4:9,15 | HIGHWAY |
| back 4:11 6:15 | close 5:7 | directed 6:7,16 | 4:18 5:9,21 | 2:21 |
| 7:22 | commencing 2:8 | directly 5:24 | 6:10 7:10 8:14 | Honor 3:5,7 |
| Baker 7:9 | Commission | disbelieve 8:1 | facts 8:10 | HONORABLE |
| based 3:7,14,16 | 9:20 | dismiss 3:15 | FAUVER 1:9 | 1:16 |
| 8:18 | complaint 3:15 | 8:24 | favorable 5:5 | Horse 1:21 2:16 |
| basis 6:4 | comply 4:9 | district 1:1,2 2:7 | Federal 4:23 | House 2:7 |
| Bayside 1:5 | complying 4:10 | 8:21,22 | 5:19 8:25 |  |
| bed 6:13,24 | conclude 7:19 | doctor 3:21 | filed 5:17 | I |
| behalf 3:2 | conclusions 5:9 | dollar 4:2 | financially 9:13 | immediately 4:8 |

4:14
incident 6:3
incredible 8:17
inflicting 8:8
injuries 6:2
injury 3:19
inmates 6:24
instance 6:1,13
instructed 6:25
  7:16
insubordination
  7:14
intended 7:24
intense 4:13,18
interested 9:13
interpreted 7:12
invoking 5:12
involved 4:18
issue 5:1,2,6
  8:15

**J**

James 1:7 2:20
  5:22
Jersey 1:2,21 2:6
  2:8,13,16,22
  9:5,20
JOHN 1:16
judge 3:1,3,4 4:3
  4:5,17,20,22
  5:16
judgment 5:2,7
  5:8 8:23
jury 4:1,25

**K**

KENNETH 2:21
key 4:6
know 3:23 4:22
  5:14

**L**

laid 6:23
law 5:3,4,9 8:23
LAWRENCE
  2:12

LAZZARO 2:20
license 2:5
lie 3:11 6:8,16
  6:20 7:11,15
lieu 5:15
LINDSAY 2:11
  2:12
Litigation 1:6
local 3:6 5:13
LOUGHRY
  2:11
Lozier 2:21 3:4
  3:5

**M**

maintained 5:5
maintaining
  6:13
manner 8:18
MARKET 2:12
Master 1:6,16
Mastroianni
  1:20 2:4 9:3,19
matter 1:4 2:4
  5:2 8:23
mattress 6:11
means 7:18
medical 3:18
mind 7:11
minimal 3:12
misinterpretat...
  8:3,5
month 4:19
motion 3:6 5:11
moved 6:17
murder 7:9

**N**

N 2:10
necessary 7:19
neither 9:9,11
New 1:2,21 2:6,8
  2:13,16,22 9:4
  9:20
NORTH 2:16
Notary 2:6 9:3

9:20
note 5:21
number 2:5

**O**

O 2:4 9:3,19
objective 3:18
observed 5:22
October 9:21
officer 3:12 4:9
  4:10 7:9,12,18
  8:3
officers 6:22
once 3:9,22 7:22
opinion 5:14,15
Opinion/Report
  1:5
oral 5:14
order 7:20,23

**P**

P 2:10,10
pain 4:13,16,18
  8:8
part 4:24
particularly 7:8
parties 9:11
party 4:25 5:1,3
PC 2:19
penalogical 3:14
permanent 3:19
phrased 3:22
Pike 1:21 2:16
pillow 6:24
place 7:5 9:8
plaintiff 3:24
  4:13
PLAINTIFFS
  2:14,18
plaintiff's 3:8,17
  4:21
planning 7:25
Plaza 2:7
plenary 5:13
  8:13
point 7:19

points 4:6
position 4:21
  6:14,20
preparing 7:11
presentation
  5:19
presented 3:2
prior 3:9 4:8
Prison 1:5
problem 3:21
Procedure 4:23
  5:20 8:25
proceedings 2:3
prolonged 6:1
property 6:10
  6:12,18 7:2
Public 2:6 9:3,20
punishment 8:9
purpose 3:14 8:7
pursuant 3:6
  8:13
put 5:24 6:14
putting 6:19

**Q**

quasi 8:9
questions 5:24
quite 3:13
quote 4:24

**R**

R 2:10 9:1
Ray 2:15 3:1,3
  4:4,5
reason 8:1
reasonable 6:12
recited 8:11
recommendati...
  8:21,22
Regard 1:4
relative 9:10,12
relevant 4:24
remained 7:3
remarks 5:17
render 5:6
reporter 2:5

5:16 9:4
Reporting 1:20
required 5:9
residual 4:16 6:2
resistance 4:12
respect 5:3
response 8:5
rested 8:15
result 3:12 7:25
return 6:4
reviewed 5:18
revision 5:16
right 4:3
RODNEY 2:15
rolling 7:6
ROSELLI 2:19
rule 3:6 4:22
  5:10,13,19
  8:13,25
Rules 4:23 5:19

**S**

S 2:10
sadistically 8:7
screen 5:23
seated 7:4,4
seek 5:24,25
SEPTEMBER
  1:13
serves 6:3
set 9:8
short 6:21
Shorthand 9:4
single 6:3
sitting 6:13
SOG 6:22
SOGs 7:1,13
somewhat 7:1
South 1:21
Special 1:6,16
SQUARE 2:22
standing 7:10
standpoint 4:17
State 1:5 2:6,21
  9:4,20
states 1:1 2:7

| | | |
|---|---|---|
| 4:23 5:14<br>**stenographica...**<br>9:7<br>**stomach** 6:23<br>**stood** 7:7<br>**STREET** 2:12<br>**struck** 4:8,10,14<br>7:22<br>**Subdivision**<br>5:10<br>**submit** 5:16<br>**subservient** 6:14<br>**supported** 5:8<br>**surprised** 7:23<br>**sustained** 8:19<br>**sweeping** 7:2<br>**swiftly** 7:1<br><br>**T**<br>**T** 9:1,1<br>**taken** 2:4 9:7<br>**television** 5:23<br>**tell** 3:20<br>**testimony** 3:8,17<br>4:7 5:22 8:17<br>9:6<br>**Thank** 4:2,3,5<br>**Theresa** 2:4 9:3<br>9:19<br>**threats** 4:12<br>**three** 3:9 6:8<br>**time** 3:5 6:21 7:8<br>7:16 9:7<br>**times** 3:9 6:8<br>**told** 3:8<br>**top** 6:11<br>**trailer** 3:10,10<br>**transcribed** 5:15<br>**transcript** 2:3<br>9:6<br>**trial** 4:24<br>**true** 9:6<br>**TUESDAY** 1:13<br>**twice** 3:10<br>**two** 4:14,16 7:9 | **U**<br>**uncertainty** 7:15<br>**undertook** 6:12<br>**unit** 6:5<br>**United** 1:1 2:7<br>**units** 7:13<br>**unreasonable**<br>7:18 8:4,5<br><br>**V**<br>**valid** 3:13<br>**victim** 6:6<br>**Videoconfere...**<br>1:20<br>**violation** 8:20<br>**visiting** 8:9<br>**vs** 1:8<br><br>**W**<br>**W** 1:16 2:12<br>**want** 8:15<br>**wasn't** 6:9 7:24<br>**way** 3:23 6:14<br>**weeks** 4:14,16<br>**We're** 8:6<br>**White** 1:21<br>**WILLIAM** 1:9<br>**wing** 6:24<br>**wit** 7:8<br>**worried** 6:18<br>**worst** 3:13<br>**written** 5:15<br><br>**X**<br>**XIO857** 9:21<br><br>**0**<br>**08-4396** 1:2<br>**08012** 2:16<br>**08102** 2:8,13<br>**08106** 1:21<br>**08690** 2:22<br><br>**1**<br>**1** 9:21<br>**10:30** 2:8 | **1337** 2:21<br><br>**2**<br>**2008** 1:13 9:21<br>**2010** 9:20<br>**251** 1:21<br><br>**3**<br>**30** 1:13<br>**30X100085700**<br>2:5<br>**32** 2:16<br>**33** 2:21<br>**330** 2:12<br><br>**5**<br>**5** 9:20<br>**52C** 3:6<br>**52(c)** 4:22 5:19<br>8:13,25<br>**52.1** 5:13<br><br>**6**<br>**609-586-2257**<br>2:22<br><br>**8**<br>**856-232-3337**<br>2:17<br>**856-232-4561**<br>2:17<br>**856-546-1100**<br>1:22<br>**856-968-9201**<br>2:13 | |