UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JAMES CLARK                                        :

            Plaintiff(s)           :       **JUDGMENT**

    (vs)                                           :

BAYSIDE STATE PRISON, ET AL.           :       Civil #08-04396 (RBK)

            Defendant(s)          :

---

The Hon. John Bissell, Special Master, appointed by this Court having found on September 30, 2008, and no timely objection having been filed,

IT IS, on this 27 day of January, 2009

ORDERED that the report of Hon. John Bissell dated September 30, 2008 is hereby affirmed and Judgment As A Matter of Law be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff James Clark.**

 

                                        _____
                                        HON. ROBERT B. KUGLER, U.S.D.J.